**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES EARL GRANDERSON, JR., | |
| Plaintiffs, | Case No. 2:16-cv-02237-JCM-GWF |
| vs. | **ORDER** |
| DANIEL WHEELER, *et al.,* | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Subpoena Discovery (ECF No. 14), filed on November 6, 2017.

On October 11, 2017, Defendants filed their motion to transfer case to the northern division of the District of Nevada. ECF No. 10. On October 31, 2017, the Court granted Defendants' motion and instructed the Clerk of the Court to refer the matter to the Chief Judge for random reassignment and issuance of a case number in the northern division. ECF No. 12. On November 1, 2017, this matter was transferred to the northern division and issued a new case number, 3:17-cv-0655-MMD-WGC. The Court, therefore, instructs the Clerk of the Court to re-file his motion to subpoena discovery (ECF No. 14) in 3:17-cv-0655-MMD-WGC. Plaintiff shall henceforth file motions in 3:17-cv-0655-MMD-WGC. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Subpoena Discovery (ECF No. 14) shall be re-filed in case number 3:17-cv-0655-MMD-WGC.

. . .

. . .

**IT IS FURTHER ORDERED** that once Plaintiff's Motion to Subpoena Discovery (ECF No. 14) is re-filed in the correct case number, the Court will deem the motion filed in this case to be moot.

DATED this 13th day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge